**616** OCTOBER TERM, 1918.

Decisions on Petitions for Writs of. Certiorari. 249 U. S.

· writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James C. Davis* and *Mr. Charles A. Helsell* for petitioners. *Mr. Dennis M. Kelleher* for respondent.

---

No. 956. MISSISSIPPI CENTRAL RAILROAD COMPANY *v.* LAURA LOTT, ADMINISTRATRIX, ETC. May 5, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Mississippi denied. *Mr. S. E. Travis* for petitioner. No appearance for respondent.

---

No. 958. JAMES DORSEY *v.* UNITED STATES. May 5, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Benjamin C. Bachrach* for petitioner. *Mr. Assistant Attorney General Porter* and *Mr. H. S. Ridgely* for the United States.

---

No. 959. DENNIS KELLEY ET AL. *v.* UNITED STATES. May 5, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Ralph Crews, Mr. Judson Harmon* and *Mr. E. H. Moore* for petitioners. *Mr. Assistant Attorney General Porter* and *Mr. W. C. Herron* for the United States.

---

No. 963. HELEN K. KINNEY *v.* OAHU SUGAR COMPANY, LIMITED. May 5, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. David L. Withington, Mr. E. Hasket Derby, Mr. Alexander Britton* and *Mr. Evans Browne*

for petitioner. *Mr. Walter F. Frear, Mr. Frank E. Thompson* and *Mr. Robbins B. Anderson* for respondent.

---

No. 984. CLARENCE H. VENNER, ETC., *v.* NEW YORK CENTRAL & HUDSON RIVER RAILROAD COMPANY ET AL. May 5, 1919. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. Elijah N. Zoline* for petitioner. *Mr. Walter C. Noyes* for respondent.

---

No. 985. D. W. ENSLEN *v.* MECHANICS & METALS NATIONAL BANK OF THE CITY OF NEW YORK. May 5, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Forney Johnston* for petitioner. *Mr. Augustus Benners* for respondent.

---

No. 987. EDWARD THOMPSON ET AL. *v.* UNITED STATES. May 5, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Alexander S. Drescher* for petitioners. *Mr. Assistant Attorney General Porter* and *Mr. W. C. Herron* for the United States.

---

No. 992. JULIUS F. SMIETANKA, AS COLLECTOR OF INTERNAL REVENUE, ETC., *v.* AMERICAN STEEL FOUNDRIES. May 5, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *The Solicitor General* and *Mr. Assistant Attorney General Frierson* for petitioner. *Mr. Max Pam* and *Mr. H. B. Hurd* for respondent.